Kusper Old Fort Dearborn, Appellee, v. Farrell J. Strode (Impleaded) With Anne E. Mosley, Defendant Below.

Appeal of Farrell J. Strode, Appellant.

Gen. No. 47,601. 

First District, Second Division.

April 21, 1959.

Released for publication May 13, 1959.

Lycurgus J. Conner, for appellant; no brief filed for appellee. Opinion by JUSTICE KILEY. Not to be published in full.